INTERBORO BREWING COMPANY, INCORPORATED, Appellant, *v.* WILLIAM F. DOYLE, Defendant, and JAMES A. ROBINSON, Individually and as Trustee, Respondent.

*Interboro Brewing Co.* v. *Doyle*, 165 App. Div. 646, affirmed.
(Submitted October 19, 1917; decided November 2, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered January 25, 1915, affirming a judgment in favor of defendant, respondent, entered upon the report of a referee. The action was brought in equity by the plaintiff against the defendants to redeem a pledge of certain bonds which the plaintiff had delivered to the defendant Doyle as security for a loan, upon an offer and tender to pay the balance due. The Metropolitan Dairy Company, a New York corporation, of which company defendant Doyle was treasurer and one of the directors, made an agreement with certain farmers at Colchester, N. Y., to open a creamery and to purchase milk, and as a part of this agreement it was provided that there should be pledged as a guaranty of the payment of the purchase price of the said milk certain bonds and that the same should be placed in the hands of defendant James A. Robinson, as trustee for that purpose. Under this agreement the aforesaid bonds, which were payable to bearer, had not matured and which were transferable by delivery, and which constitute the subject-matter of this action, were delivered by defendant William F. Doyle to defendant James A. Robinson, as such trustee under this pledge agreement, to be held by the said Robinson as a pledge to guarantee the payment to the said farmers of the purchase price of their milk so sold and delivered to the Metropolitan Dairy Company. The bonds in question continued in the possession of the defendant James A. Robinson as such trustee from March 14, 1912, until after January 15, 1914, the date on which the Metropolitan Dairy Company was adjudged a bankrupt. The referee held that the plaintiff was not entitled to the bonds as against the defendant.

*George H. Porter* for appellant.

*A. G. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.